IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEROME ANTHONY THEUS,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, MICHELLE BONES, LORIS BLASIUS, TERESA WIEGAND, MICHAEL HOWARD, MALONE, KEMP, CO DIX, CO MORRIS, ROGONVOOG, SUSAN NYGREN, DEBBIE NUTTING, LISA BAKER, WILLIE LANE, KEVIN WOOD, PHILLIP JOHNNY HILL, CHARLES MADISON, DEBBIE NUTTING and LISA BAKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-224-bbc

---

JEROME ANTHONY THEUS,

    Plaintiff,

v.

RACINE CORRECTIONAL, TERESA WIEGAND, PAUL KEMPER, MICHAEL HOWARD, MR. MALONE, LORA BLASIUS, SUSAN NYGREN, DEBBIE NUTTING and LISA BAKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-681-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

(1) denying plaintiff leave to proceed and dismissing his claims against Michelle Bones, Rogonvoog, CO Dix, CO Morris, Malone, Willie Lane, Kevin Wood, Phillip Johnny Hill and Charles Madison;

(2) dismissing the Department of Corrections, Racine Correctional; and

(3) granting summary judgment in favor of Lisa Baker, Lora Blasius, Debbie Nutting, Susan Nygren, Michael Howard, Paul Kemper and Teresa Wiegand and dismissing this case.

| /s/ | 9/14/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |